[No. 13693-3-I. Division One. December 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR USUWA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-01207-1, Francis E. Holman, J., entered August 26, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Callow, JJ.

[No. 5738-1-III. Division Three. December 18, 1984.]

THE STATE OF WASHINGTON, *Appellant,* v. CHARLES L. BANKS, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-1-00203-5, Yancey Reser, J., entered March 28, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Cone, J. Pro Tem.

[No. 6429-8-III. Division Three. December 18, 1984.]

BILL H. JACKSON, *Respondent,* v. WALLA WALLA COUNTY, *Petitioner.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83-2-00412-9, Robert S. Day, J., entered April 6, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Cone, J. Pro Tem.